**FILED**

MAY 2 7 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N D I C T M E N T |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. **4 : 2 6 CR 0 0 2 4 6** |
| | ) | Title 21, United States Code, |
| SHANE OVERTON, | ) | Sections 841(a)(1), (b)(1)(B) and |
| | ) | (b)(1)(C) |
| Defendant. | ) | **JUDGE CALABRESE** |
| | ) | |

COUNT 1
(Possession with Intent to Distribute Fentanyl,
21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

The Grand Jury further charges:

1.      On or about November 25, 2026, in the Northern District of Ohio, Eastern Division, Defendant SHANE OVERTON, did knowingly and intentionally possess with intent to distribute a mixture and substance containing 40 grams or more of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

COUNT 2
(Possession with Intent to Distribute Cocaine,
21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

2.      On or about November 25, 2026, in the Northern District of Ohio, Eastern Division, Defendant SHANE OVERTON, did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of Cocaine,

a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## FORFEITURE

The Grand Jury further charges:

3.      The allegation contained in Counts 1 through 6 are hereby re-alleged and incorporated by reference as if fully set forth herein for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853. As a result of the foregoing offenses, Defendant SHANE OVERTON shall forfeit to the United States any and all property constituting, or derived from, any proceeds he obtained, directly or indirectly, as the result of the drug offenses charged herein; and any and all of his property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the drug offenses charged herein.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.

2